record does not reveal the past speech and conduct upon which the jury based its money damages award and the trial court based its grant of injunctive relief, the record does plainly indicate the scope of the injunction and the conclusory nature of the trial court's findings as to the need for an injunction. Though the record may disable us from resolving here and now every detail of the interaction between the First Amendment and workplace harassment law, an incremental approach to this area would seem wise in any event. I respectfully dissent.

No. 99–1277. PHILIP MORRIS INC. ET AL. *v.* ENGLE ET AL. Dist. Ct. App. Fla., 3d Dist. Motion of Chamber of Commerce of the United States for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–1533. M. C. PRODUCTS ET AL. *v.* AT&T CORP.; and AUDIO ENTERTAINMENT NETWORK, INC., ET AL. *v.* AT&T CORP. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. Reported below: 205 F. 3d 1351 (first judgment) and 1350 (second judgment).

No. 99–1534. RAY ET AL. *v.* IWANSKI, PERSONAL ADMINISTRATOR OF THE ESTATE OF IWANSKI, DECEASED. C. A. 10th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 99–1565. AMERICAN AIRLINES, INC. *v.* CRUZ, FOR HERSELF AND AS REPRESENTATIVE OF CRUZ AND RODRIGUEZ, MINORS, ET AL. C. A. D. C. Cir. Motion of Air Transport Association of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 99–1275. SCHEIDLY *v.* TRAVELERS INSURANCE CO., *ante,* p. 1054;
No. 99–1276. GREENE *v.* DOUGLAS ET AL., *ante,* p. 1038;
No. 99–1309. CHANDLER *v.* CHANDLER ET AL., *ante,* p. 1054;
No. 99–6512. JAMES *v.* HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY, 528 U. S. 1027;
No. 99–6808. GENCO *v.* UNITED STATES ET AL., 528 U. S. 1065;
No. 99–6913. GENCO *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON (two judgments), 528 U. S. 1090;

No. 99–6978.   MITCHELL *v.* UNITED STATES, 528 U. S. 1056;

No. 99–7177.   WARD *v.* TRENT, WARDEN, *ante,* p. 1055;

No. 99–7178.   TSU ET UX. *v.* TRACY FEDERAL BANK ET AL., *ante,* p. 1023;

No. 99–7322.   WATTS *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 528 U. S. 1166;

No. 99–7676.   LINDSEY *v.* CATOE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL., *ante,* p. 1008;

No. 99–7825.   SOLIS SOSA *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante,* p. 1056;

No. 99–7860.   KLUMPP *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 1039;

No. 99–7872.   LINGAR *v.* LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante,* p. 1039;

No. 99–7982.   TAYLOR *v.* CALIFORNIA, *ante,* p. 1056;

No. 99–8013.   IFABIYI, AKA DEBROWN, AKA BELL, AKA BELLO *v.* UNITED STATES, *ante,* p. 1010;

No. 99–8029.   KIPKIRWA *v.* SANTA CLARA COUNTY, CALIFORNIA, ET AL., *ante,* p. 1057;

No. 99–8048.   ARRINGTON *v.* BROWARD COMMUNITY COLLEGE, SOUTH CAMPUS, *ante,* p. 1058;

No. 99–8072.   MENDOZA ET AL. *v.* PENNINGTON ET AL., *ante,* p. 1042; and

No. 99–8644.   MADDEN *v.* UNITED STATES, *ante,* p. 1079.   Petitions for rehearing denied.

MAY 23, 2000

No. 99–9269.   RICHARDSON *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.   Certiorari denied.   JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.